**The District Court of the 11th Judicial District.**
**County of Flathead.**

**STATE OF MONTANA,**
    **Plaintiff,**
**vs.**
**JOHNATHAN VANZANDT,**
    **Defendant.**

**CAUSE NO. DC-04-534C**
**DECISION**

On May 26, 2010, the defendant was sentenced for violation of the conditions of a suspended sentence, to a commitment to the Department of Corrections for a term of five (5) years, to run consecutively to the sentence imposed in Cause No. DC-09-530C, for the offense of Assault With a Weapon, a felony. A net sentence of seven (7) years with two (2) years suspended. It is the recommendation of the Court that the Defendant be placed at the T.S.C.T.C. (Boot Camp), followed by placement at an appropriate Pre-Release Center.

On August 5, 2010, the defendant's application for review of that sentence

was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 5th day of August, 2010.

DATED this 13th day of August, 2010.

Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.